IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| TERRY WILLIAMS, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>PRIMARY UTILITY SERVICES, LLC,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 5:23-CV-00139-H |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Terry Williams, individually and on behalf of all others similarly situated ("Plaintiff") and Primary Utility Services, LLC ("Defendant"), stipulate and agree that since Plaintiff no longer desires to pursue his claims against Defendant, any and all allegations, claims, and defenses asserted by and between them in the above-styled and numbered action should be dismissed with prejudice pursuant to FED. R. CIV. P. 41(a)(1)(ii).

WHEREFORE, Plaintiff and Defendant respectfully request the Court enter an order dismissing with prejudice any and all claims asserted by and between Plaintiff and Defendant in this action.

Respectfully submitted,

| | |
|---|---|
| By:    */s/ Matthew S. Yezierski* <br> Matthew S. Yezierski <br> Texas Bar No. 24076989 <br> matt@mcdonaldworley.com <br> Gabriel A. Assaad <br> Texas Bar No. 24076189 <br> gassaad@mcdonaldworley.com <br> **McDONALD WORLEY, P.C.** <br> 1770 St. James St., Suite 100 <br> Houston, TX 77056 <br> (713) 523-5500 – telephone <br> (713) 523-5501 – facsimile <br><br> Galvin Kennedy <br> Federal Bar No. 20791 <br> Texas State Bar No. 00796870 <br> Galvin@KennedyAttorney.com <br> **KENNEDY LAW FIRM, LLP** <br> 2925 Richmond Ave., Ste. 1200 <br> Houston, TX 77098 <br> (713) 425-6445 - telephone <br> (888) 389-9317 - facsimile <br><br> **ATTORNEYS FOR PLAINTIFF** |    */s/ Russell D. Cawyer* <br> Elizabeth Geary-Hill <br> State Bar No. 24083179 <br> **KELLY HART & HALLMAN LLP** <br> 500 W. Illinois, Suite 800 <br> Midland, Texas 79701 <br> Telephone: (432) 683-4691 <br> Facsimile: (432) 683-6518 <br> elizabeth.geary-hill@kellyhart.com <br><br> Russell D. Cawyer <br> State Bar No. 00793482 <br> Taylor Winn <br> State Bar No. 24115960 <br> **KELLY HART & HALLMAN LLP** <br> 201 Main Street, Suite 2500 <br> Fort Worth, Texas 76102 <br> Telephone: (817) 332-2500 <br> Facsimile: (817) 335-2820 <br> Email: russell.cawyer@kellyhart.com <br> Email: taylor.winn@kellyhart.com <br><br> **ATTORNEYS FOR DEFENDANT PRIMARY UTILITY SERVICES, LLC** |

## **CERTIFICATE OF SERVICE**

     On October 23, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                 */s/ Russell D. Cawyer*
                                                 Russell D. Cawyer